IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 06 CR 424 |
| | ) | |
| LESA HELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendant Helson has filed several pretrial motions. We deal with them as follows:

1. Production of Rules 16, 404(b) and 608(b) information. The motion goes beyond the reach of Rule 16. The government has represented that it has produced or will produce all Rule 16 information, and we accept, for now, the government's determination of what is Rule 16 information. If defendant believes some specific document or class of documents have been improperly withheld, she may renew her motion at a later time. The government has agreed to produce Rule 404(b) material two weeks before trial. The motion, as it relates to Rule 16 and Rule 404(b) is denied as moot. The motion, as it relates to Rule 608(b) material, is denied. The government has no obligation to do so.

2. Production of exculpatory and favorable evidence. The government recognizes that it has the obligation to furnish all <u>Brady</u> and <u>Giglio</u> material. Again, we rely upon the government's determination of what may be covered, as the motion goes far beyond the scope of the government's obligation. The motion is denied as moot.

3. Disclosure of the government's intent to use certain evidence. The government has not, apparently, responded to this motion, but it need not. We grant the motion since it tracks the obligations of Fed.R.Crim.P. 12(b)(4)(B).

4. Production of materials subject to 18 U.S.C § 3500. We lack the authority to grant that motion and, accordingly, deny it. We note, however, the government's willingness to produce a week before trial.

5. To preserve agent's notes is granted, without objection.

6. Early returns of subpoenas is granted without objection.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 21, 2006.